AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IRA REED,

            Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

            Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02160-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Commissioner is directed to CERTIFY the fee of $25,740.00, payable to Osterhout Berger Disability Law, LLC. Osterhout Berger Disability Law, LLC tis ordered to REFUND the EAJA fee of $7,162.91 to the plaintiff.

7/7/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk